DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAEGUERITA QUIRE,**
Appellant,

v.

**LEN SWALLOW, ET AL.,**
Appellee.

No. 4D18-2849

[October 10, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 16008159.

Maeguerita Quire, Miramar, pro se.

Mattew T. Ramenda of Weiss Serota Helfman Cole & Bierman, P.L., Boca Raton, for appellees Ray Black and Christopher Smith.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***